CATHERINE CADY, as Administratrix of the Estate of PAUL R. CADY, Deceased v. CITY OF NEW YORK et al.—

Concur — Stevens, P. J., Eager, McGivern, Nunez and Steuer, JJ.

JEROME BELSKY v. ELEANOR BELSKY —

Concur — Eager, J. P., Capozzoli, McGivern, Steuer and Tilzer, JJ.

In the Matter of PETER JOSEPH HABERKORN, an Attorney.—

Concur — Stevens, P. J., Capozzoli, Markewich, Nunez and Steuer, JJ.